JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: julia.patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

FEB 20 2020

Clerk, U.S. District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER CLEVELAND, Defendant. | CR 20-15-BLG-SPW<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM<br>Title 18 U.S.C. § 922(g)(1) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release)<br><br>POSSESSION OF AN UNREGISTERED FIREARM<br>Title 26 U.S.C. § 5861(d) (Count II)<br>(Penalty: Ten years imprisonment, $10,000 fine and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about December 9, 2019, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHRISTOPHER CLEVELAND, having been convicted on or about August 29, 2013, of a crime punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly possessed, in and affecting interstate commerce, a firearm, namely a Savage, model 15-A, .22 caliber, bolt action rifle, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

That on or about December 9, 2019, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHRISTOPHER CLEVELAND, knowingly possessed a firearm, namely a Savage, model 15-A, .22 caliber, bolt action rifle, having a barrel of less than 16 inches in length, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

//

//

//

//

//

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: USMS custody
Bail: _____

3